1
2
3                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
4                             AT TACOMA

5   JASON L CLINE,

6                  Plaintiff,                    CASE NO. 3:15-CV-05395-RBL-DWC

7       v.                                       ORDER REVERSING DEFENDANT'S
                                                 DECISION TO DENY BENEFITS AND
8   CAROLYN W COLVIN, Acting                     REMANDING FOR FURTHER
    Commissioner of Social Security,             ADMINISTRATIVE PROCEEDINGS
9
                   Defendant.
10

11

12      The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge

13  David W. Christel, United States Magistrate Judge, and objections to the report and

14  recommendation, if any, and the remaining record, does hereby find and ORDER:

15      (1)   the Court adopts the Report and Recommendation;

16      (2)   the ALJ erred in his decision as described in the Report and Recommendation; and

17      (3)   the matter is therefore REVERSED and remanded to the Commissioner for further

18            administrative proceedings.

19  DATED this 21st day of March, 2016.

20

21

22                                                       _____

23                                                       Ronald B. Leighton
                                                         United States District Judge
24

ORDER - 1